James Gonzales # D-68831
P.O. Box 1031
California Correctional Institution
Tehachapi, California 93581

ORIGINAL FILED

07 OCT 31 PM 4:43

RICHARD W. WIEKING
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James Gonzales,
    Plaintiff,
vs.
Correctional Officer's, et.al,
    Defendants.

CASE NO. CV-07-02373 JW

NOTICE OF CHANGE OF ADDRESS.

In the above entitled matter I would like to notify the court that I have a new address:

James Gonzales # D-68831
P.O. Box 1031
California Correctional Institution
Tehachapi, California 93581

Date: October 29, 2007

Respectfully,
James Gonzales
Plaintiff.

(Notice of new address)    1.