UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB -7

JAMES GONZALES,
          PLAINTIFF,

          VS.

DIRECTOR OF CORRECTIONS,
M. EVANS, WARDEN, ET. AL
          DEFENDANT

CASE NO. CV-07-2373 MHP

MOTION FOR EXTENSION OF
TIME TO FILE A RESPONSE
TO ORDER TO SHOW CAUSE

I'M GOING TO NEED AN ADDITIONAL SEVEN DAYS IN ORDER TO FILE MY RESPONSE TO THE ORDER TO SHOW CAUSE THE COURT ORDERED ME TO FILE BEFORE OR ON FEB. 20. 2008.

THE CUSTODY ADMINISTRATION IS PLAYING GAMES INTENTIONALLY HINDERING ME FROM PROCEEDING WITH ANY OF MY LEGAL PURSUITS BECAUSE I AM GOING TO GET ALOT OF PEOPLE IN BIG TROUBLE WHEN I EVENTUALLY MANAGE TO SWITCH ON WHAT HAS HAPPENED THAT THEY HAVE CONTROL OF.

I AM NOT ABLE TO FILE MY RESPONSE ON TIME BECAUSE I AM BEING DEPRIVED OF ADEQUATE ACCESS TO THE COURT BY BEING DENIED PAPER, ENVELOPES, LEGAL COPY'S, INK PEN, AND EVERYTHING I NEED TO PROSECUTE MY LEGAL CASE.

1.

THIS IS JUST A CONTINUATION OF THE ABUSE, AND INTENT OF PRISON OFFICIALS AND INMATES, TO PREVENT ME FROM REPORTING THEIR CRIMINAL ACTS IN TRYING TO MURDER ME.

I PLAN TO FILE MY RESPONSE TO THE ORDER TO SHOW CAUSE BUT I ASK THE COURT TO GIVE ME UNTIL FEBRUARY 27, 2008, A SEVEN DAY EXTENSION IN WHICH TO FILE MY RESPONSE.

RESPECTFULLY,

James Royal

DATE: MONDAY MORNING FEBRUARY 4, 2008

MOTION AND EXTENSION                    2.

2/14/2008

DEAR COURT CLERK,

          I HAVE A COURT DEAD-LINE OF
FEBRUARY 20, 2008. I NEED A CONTINUANCE
AND ATTACHED IS A MOTION FOR A SEVEN
DAY TIME EXTENSION. COULD YOU SET
THE MATTER FOR A HEARING?

MHP

Cover letter                                    1.

Jimmy Gonzalez # D-68831
P.O. Box 1031-481-C170
California Correctional Institution
Tehachapi, CA 93581

Confidential
Legal
Mail

9410283851 0004



United States
Northern Dis-
450 Golden
San Francis'

Jimmy Gonzalez # D-68831
P. Box 1031- 4B1-C170
California Correctional Institution
Tehachapi, CA 93581

Confidential
Legal
Mail



UNITED STATES POSTAGE
PITNEY BOWES
$ 00.41⁰
02 1M
0004224990    FEB 05 2008
MAILED FROM ZIP CODE 93581

9410 0283 9851 0004

United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, California
94102





This envelope is sent as unemmered, privileged, and confidential mail. If the contents do not pertain to the addressee or is not of a privileged or confidential nature, please return to:

California Correctional Institution
P.O. Box 1031
Tehachapi, California 93561
ATTENTION: Mailroom Sergeant