James Gonzales # D-68831
P.O. Box 1031-4B1-C-110
California Correctional Institution
Tehachapi, California 93581

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 20 PM 1: 34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James Gonzales,                    )    CASE NO. C-07-2373
                 Plaintiff,        )                    MHP
                                   )
Correctional Officers              )    MOTION TO WITHDRAW
                        ET. AL.    )    REQUEST FOR SEVEN DAY
                 Defendants,       )    EXTENSION.

        I RESPECTFULLY REQUEST TO WITHDRAW
MY MOTION I FILED FOR AN EXTENSION OF TIME IN
WHICH TO FILE THE ORDERED RESPONSE TO SHOW CAUSE.
        I WAS ABLE TO USE THE BACK OF MY
EXHIBIT PAPER TO WRITE ON AND I OBTAINED A NEW
INK PEN WITH WHICH TO FINISH MY RESPONSE TO
THE ORDER TO SHOW CAUSE AND I MAILED IT TO THE
COURT.  I WAS NOT ABLE TO COPY IT BEFORE MAILING IT
AND I ASK THE COURT IF POSSIBLE, TO ORDER THE
COURT CLERK TO SEND ME A FILED COPY PLEASE.
        IF NOT, THATS OKAY I KNOW WHAT I WROTE
IS TRUE AND CORRECT AND STAND FIRM ON MY
PURSUIT OF GETTING A COURT ORDER OUT OF CALIFORNIA.

                                RESPECTFULLY,

                                James Gonzales

DATE: FEB. 15. 08

1.

James Gonzales # D-68831
P.O. Box 1031-481-C-110
California Correctional Institution
Tehachapi, CA 93581

"LEGAL MAIL"

9410238661 0004

United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA. 94102

UNITED STATES POSTAGE
02 1M
0004224990
MAILED FROM ZIP CODE 93581
FEB 15 2008
PITNEY BOWES
$ 00.41⁰



