UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 07-2373 MHP (pr) |
| JAMES PATRICK GONZALES, | **JUDGMENT** |
| Plaintiff. | |

This action is dismissed without prejudice to plaintiff asserting his claims in an action for which he pays the full filing fee at the time he files his complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 4, 2008

_____
Marilyn Hall Patel
United States District Judge